```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                             Case No. 09-cr-11-PB

**Joseph Delgado, et al.**


**O R D E R**

    Defendant Rupert Pamphile, through counsel, has moved to continue the  trial scheduled for June 2, 2009, citing the need for additional time to finalize plea negotiations.  The government and co-defendants do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to July 7, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 26, 2009 final pretrial conference is continued to June 29, 2009 at 3:45 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 26, 2009

cc: Michael Ramsdell, Esq.
 Liam D. Scully, Esq.
 John Pendleton, Esq.
 Ray Raimo, Esq.
 Terry Ollila, AUSA
 United States Probation
 United States Marshal