```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 09-cr-11-PB

**Joseph Delgado, et al.**


**O R D E R**

Defendant Joseph Delgado, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to finalize plea negotiations and a conflicting trial schedule with government counsel.  The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The June 25, 2009 final pretrial conference is continued to August 24, 2009 at 3:00 p.m.

No further continuances absent good cause shown.

SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

June 22, 2009

cc: Michael Ramsdell, Esq.
     Liam D. Scully, Esq.
     Ray Raimo, Esq.
     John Pendleton, Esq.
     Terry Ollila, AUSA
     United States Probation
     United States Marshal